# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY SALDATE, | 1:07-CV-00309 AWI GSA HC |
| Petitioner, | ORDER ON RESPONDENT'S EXPEDITED STAY REQUEST |
| v. | |
| DERRAL ADAMS, Warden, | |
| Respondent. | |

On July 10, 2008, the Court granted Petitioner's request for a writ of habeas corpus. The Court reviewed the BPH's denial of a parole date, determined that the decision was not supported by "some evidence," and ordered the BPH to set a parole date within 30 days. See Court's Docket Doc. No. 14. Respondent requests that the Court issue a stay pursuant to Federal Rule of Civil Procedure 62(c). See Court's Docket Doc. No. 16 at p. 2. Rule 62(c) reads in relevant part, *"While an appeal is pending* from an interlocutory order or final judgment that grants, dissolves, or denies an injunction, the court may suspend . . . an injunction on . . . other terms that secure the opposing party's rights." Fed. R. Civ. Pro. 62(c) (emphasis added). A review of the Court's docket shows that no appeal has been taken in this case. Since there is no appeal pending, by its plain terms, Rule 62(c) does not apply. See id.; Century Laminating, Ltd. v. Montgomery, 595 F.2d 563, 569 (10th Cir. 1979) ("Both Civil Rule 62(c) and Appellate Rule 8 presuppose the existence of a valid appeal."). Respondent's motion is premature.

Accordingly, IT IS HEREBY ORDERED that Respondent's request for a stay under Rule 62(c) is DENIED.

IT IS SO ORDERED.

Dated:  July 18, 2008                              /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE

1